IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **FLEX-ING, LTD d/b/a FLEX-ING,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | **Cause No. 4:04 cv 238** |
| **PARKER-HANNIFIN, CO., DAYCO** | § | |
| **PRODUCTS, LLC, DAYCO** | § | **(Judge Schell)** |
| **PRODUCTS, INC.,  and MARK IV** | § | |
| **INDUSTRIES, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, FLEX-ING, LTD, d/b/a FLEX-ING, (Flex-ing) Plaintiff in the above-entitled action, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and files this Agreed Motion to Dismiss and this proposed Order and for cause would show:

### I. Introduction

Plaintiff in this action is Flex-ing. On or about the 8th day of July, 2004, Plaintiff sued Defendants Parker-Hannifin Co., Mark IV Industries, Inc., Dayco Products LLC., and Dayco Products, Inc. ("Defendants") in this Court alleging various violations of federal law.

### II. Grounds for Dismissal

All of the Defendants have been served with process and have appeared in this matter. Currently, the only motion pending in this matter is Defendant Mark IV Industries' Motion to Dismiss for Lack of Personal Jurisdiction.

Flex-ing's claims were not filed as a class action. No receiver has been appointed in this action.  Moreover, this case does not involve a federal statute requiring the Court to dismiss the

action, once filed.  Finally, the parties have not dismissed an action against each other based on or including the same claims as those presented in this suit.

### III. <u>Prayer</u>

Upon consideration of the foregoing, the parties respectfully withdraw all pending motions and pray that the Court grant the dismissal of this matter.

Respectfully Submitted,

<u>/s/ Reginald B. Smith, Jr.</u>
REGINALD B. SMITH, JR.
Texas State Bar No. 00791693
Smith & Richardson, LLP
712 East Peyton Street
PO Box 1947
Sherman, Texas  75091-1947
(903) 868-8887
(903) 868-8890 (Fax)
reggie@rslaw.net
Attorney for Plaintiff Flex-ing, LTD

AGREED BY:

_____
Stephen Miles Spitzer
Cowles & Thompson – Tyler
1202 First Place
Tyler, Texas  75702
sspitzer@cowlesthompson.com
Attorney for Defendant Dayco Products, Inc.,
Dayco Products LLC, & Mark IV Industries, Inc.

action, once filed. Finally, the parties have not dismissed an action against each other based on or including the same claims as those presented in this suit.

### III. Prayer

Upon consideration of the foregoing, the parties respectfully withdraw all pending motions and pray that the Court grant the dismissal of this matter.

Respectfully Submitted,

REGINALD B. SMITH, JR.
Texas State Bar No. 00791693
Smith & Richardson, LLP
712 East Peyton Street
PO Box 1947
Sherman, Texas 75091-1947
(903) 868-8887
(903) 868-8890 (Fax)
reggie@rslaw.net
Attorney for Plaintiff Flex-ing, LTD

AGREED BY:

Stephen Miles Spitzer
Cowles & Thompson – Tyler
1202 First Place
Tyler, Texas 75702
sspitzer@cowlesthompson.com
Attorney for Defendant Dayco Products, Inc.,
Dayco Products LLC, & Mark IV Industries, Inc.

-2-

_____

Amy Catherine Wright
Don Swaim
Kern and Wooley, LLP
1700 Central Tower
Williams Square
5215 North O'Connor Road
Irving, Texas  75039
awright@kern-wooley.com
Attorney for Defendant Parker-Hannifin

Amy Catherine Wright
Don Swaim
Kern and Wooley, LLP
1700 Central Tower
Williams Square
5215 North O'Connor Road
Irving, Texas 75039
awright@kern-wooley.com
Attorney for Defendant Parker-Hannifin

-3-

## CERTIFICATE OF SERVICE

This is to certify that on the 28th of January, 2005, I served the foregoing document on opposing counsel by electronic means or by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon as follows:

> Amy Catherine Wright
> Don Swaim
> Kern and Wooley, LLP
> 1700 Central Tower
> Williams Square
> 5215 North O'Connor Road
> Irving, Texas  75039
> awright@kern-wooley.com
> *Attorney for Defendant Parker-Hannifin*
>
> Stephen Miles Spitzer
> Cowles & Thompson – Tyler
> 1202 First Place
> Tyler, Texas  75702
> sspitzer@cowlesthompson.com
> *Attorney for Defendant Dayco Products, Inc.,*
> *Dayco Products LLC, & Mark IV Industries, Inc.*

> /s/ Reginald B. Smith, Jr.
> Reginald B. Smith, Jr.