IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **FLEX-ING, LTD d/b/a FLEX-ING,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| V. | § | |
| | § | **Cause No. 4:04 cv 238** |
| **PARKER-HANNIFIN, CO., DAYCO** | § | |
| **PRODUCTS, LLC, DAYCO** | § | **(Judge Schell)** |
| **PRODUCTS, INC., and MARK IV** | § | |
| **INDUSTRIES, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL

On this day came on to be considered Flex-ing, LTD, d/b/a Flex-ing's Agreed Motion to Dismiss under Rule 41(a), FED. R. CIV. P.

It is, accordingly, ORDERED, ADJUDGED and DECREED that all pending motions are withdrawn and that the Plaintiff's claims are DISMISSED without prejudice.

Costs of court shall be borne by the party incurring the same.

**SIGNED this the 1st day of February, 2005.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE